UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:03CV-82-H

GREGORY H. BROWN                                                                                           PLAINTIFF

V.

MICHAEL S. ROBINSON, et al.                                                                        DEFENDANTS

**MEMORANDUM AND ORDER**

      The Court entered an Agreed Order to stay this case pending arbitration on December 18, 2003.  Citing developments since that date, Defendants have moved to dismiss for lack of prosecution.

      The Court has reviewed the record and finds that granting such a motion is inappropriate at this time.  The Court recognizes that Plaintiff has been the cause of much of the delay in commencing the arbitration proceedings.  Those delays are at an end and the Court expects no more.  Arbitration proceedings with the American Arbitration Association were instituted approximately four months ago and the Court is satisfied that the arbitrator will adequately address any issues of delay in that proceeding.  If not, the Court is willing to revisit this decision at the appropriate time.

      For all these reasons and the Court being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that Defendants' motion to dismiss for lack of jurisdiction is DENIED.

cc: Counsel of Record